Karen P. Kimmey (State Bar No. 173284)
kkimmey@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
Attorneys for Defendants Innovative Styling Options, Inc.
and Zotos International, Inc.

Todd D. Carpenter (State Bar No. 234464)
Todd@Carpenterlawyers.com
CARPENTER LAW GROUP
402 West Broadway, 19th Floor
San Diego, CA 92101
Telephone: (619) 756-6994
Facsimile: (619) 756-6991
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA KILPELA, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INNOVATIVE STYLING OPTIONS, INC., AND ZOTOS INTERNATIONAL, INC.,<br>Defendants. | Case No. 3:15-cv-2464-H-JMA<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between counsel of record for the parties herein, that whereas no party is an infant or incompetent person for whom a committee has been appointed, that the above-captioned action, and all claims and counterclaims that were or could have been asserted therein, is dismissed with prejudice and without costs or fees to any party.

[SIGNATURE PAGE TO FOLLOW]

Dated: March 16, 2016          CARPENTER LAW GROUP

                               By: /s/ Todd D. Carpenter
                                   Todd D. Carpenter
                               Attorneys for Plaintiff Gina Kilpela


Dated: March 16, 2016          FARELLA BRAUN + MARTEL LLP

                               By: /s/ Karen P. Kimmey
                                   Karen P. Kimmey

                               Attorneys for Defendants Innovative Styling Options, Inc. and Zotos International, Inc.


*I, Todd D. Carpenter, hereby certify that the content of this document is acceptable to all persons required to sign this document and that I obtained the authorizations necessary for the electronic signatures of all parties for this document.*

                                           /s/ Todd D. Carpenter


### CERTIFICATE OF SERVICE

The undersigned hereby certify that on March 16, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system per Civil Local Rule 5.4 which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice list.  I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


                                           */s/ Todd D. Carpenter*