# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA KILPELA, an individual, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br>　vs.<br><br>INNOVATIVE STYLING OPTIONS, INC.; and ZOTOS INTERNATIONAL, INC.,<br><br>　　　　　　　　Defendants. | CASE NO. 15-CV-2464-H (JMA)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL AND DIRECTING THE CLERK TO CLOSE THE CASE**<br><br>[Doc. No. 12.] |

On March 16, 2016, the parties filed a joint motion to dismiss this case as to all claims and counterclaims with prejudice pursuant to Federal Rule of Civil Procedure 41. (Doc. No. 12.) The Court, for good cause shown, GRANTS the joint motion and dismisses the case with prejudice in its entirety. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated: March 23, 2016

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT